UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DERRICK D. ROBERTSON | CIVIL ACTION |
| VERSUS | NO. |
| BAY, LTD. and BERRY CONTRACTING, LP | SECTION " " |

### DECLARATION OF TRAVIS CHANEY

I, Travis Chaney, hereby declare:

1.

I am HSE/HR Manager, Louisiana Operations, Bay Ltd., where I have worked in that position since July 23, 2007. My office is in Amelia, Louisiana, though I periodically am at the Bay HR office near the Valero St. Charles Refinery in Norco.

2.

I make this Declaration of my own personal knowledge, voluntarily and without being promised anything of value or threatened with physical or financial harm. If called to testify concerning any of the matters set forth in this Declaration, I could and would do so competently.

3.

My duties include prevention and defense of employment discrimination and retaliation claims.

4.

On or about July 22, 2016, Derrick Robertson last worked for Bay at a facility in Amelia, which is in St. Mary Parish.



EXHIBIT 2

5.

Robertson, a full-time employee, was being was paid $23.25 per hour.

6.

Robertson's W-2s for 2015 and 2016 are attached hereto. As one can see, he earned $67,867.04 in 2015 and $29,689.92 in 2016.

7.

Robertson was eligible for and received benefits, such as medical and dental insurance. The cost to Bay in 2015 was $3,056.04 and $100.88 or $3,156.92 per year, and in 2016 the cost was $3,147.56 and $105.04 or $3,252.60 per year

8.

Robertson chose not to participate in a 401K program where Bay matched contributions.

I declare under penalty of perjury under the laws of the United States and the State of Louisiana that the above and foregoing is true and correct.

Executed this 27 day of July, 2017, at Amelia, Louisiana.

_____
TRAVIS CHANEY

| Form W-2 Wage and Tax Statement 2015 | 7 Social security tips | 1 Wages, tips, other comp 67,867.04 | 2 Federal income tax withheld 5,000.77 |
|---|---|---|---|
| c Employer's name, address, and ZIP code<br>BERRY CONTRACTING, LP.<br>1414 VALERO WAY<br>CORPUS CHRISTI  TX  78409 | 8 Allocated tips | 3 Social security wages 67,867.04 | 4 Social security tax withheld 4,207.80 |
| | 9 | 5 Medicare wages and tips 67,867.04 | 6 Medicare tax withheld 984.05 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12<br>DD   5,179.21 |
| e Employee's name, address, and ZIP code<br>ROBERTSON, DERRICK W<br>192 BENTLY ST<br>THIBODAUX,, LA 70301 | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| | b Employer identification number (EIN)<br>742982901 | | 12c |
| | a Employee's social security no<br>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 | | 12d |
| 15 State  Employer's state ID number<br>LA    3414687001 | 16 State wages, tips, etc<br>67,867.04 | 17 State income tax<br>2,035.95 | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

(Copy B — same W-2 repeated)

| Form W-2 Wage and Tax Statement 2015 | 7 Social security tips | 1 Wages, tips, other comp 67,867.04 | 2 Federal income tax withheld 5,000.77 |
|---|---|---|---|
| BERRY CONTRACTING, LP.<br>1414 VALERO WAY<br>CORPUS CHRISTI  TX  78409 | 8 Allocated tips | 3 Social security wages 67,867.04 | 4 Social security tax withheld 4,207.80 |
| | 9 | 5 Medicare wages and tips 67,867.04 | 6 Medicare tax withheld 984.05 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a DD 5,179.21 |
| ROBERTSON, DERRICK W<br>192 BENTLY ST<br>THIBODAUX,, LA 70301 | EIN 742982901<br>SSN 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 | | |
| LA  3414687001 | 67,867.04 | 2,035.95 | |

(Copy 2 — same W-2 repeated)

| Form W-2 Wage and Tax Statement 2015 | | 67,867.04 | 5,000.77 |
|---|---|---|---|
| BERRY CONTRACTING, LP.<br>1414 VALERO WAY<br>CORPUS CHRISTI  TX  78409 | | 67,867.04 | 4,207.80 |
| | | 67,867.04 | 984.05 |
| | | | DD 5,179.21 |
| ROBERTSON, DERRICK W<br>192 BENTLY ST<br>THIBODAUX,, LA 70301 | EIN 742982901<br>SSN 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 | | |
| LA  3414687001 | 67,867.04 | 2,035.95 | |

(Copy 3 — same W-2 repeated)

| Form W-2 Wage and Tax Statement 2015 | | 67,867.04 | 5,000.77 |
|---|---|---|---|
| BERRY CONTRACTING, LP.<br>1414 VALERO WAY<br>CORPUS CHRISTI  TX  78409 | | 67,867.04 | 4,207.80 |
| | | 67,867.04 | 984.05 |
| | | | DD 5,179.21 |
| ROBERTSON, DERRICK W<br>192 BENTLY ST<br>THIBODAUX,, LA 70301 | EIN 742982901<br>SSN 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 | | |
| LA  3414687001 | 67,867.04 | 2,035.95 | |

| Form W-2 Wage and Tax Statement | 2016 | | 7 Social security tips | | 1 Wages, tips, other comp. 29,689.92 | 2 Federal income tax withheld 1,109.97 |
|---|---|---|---|---|---|---|
| c Employer's name, address, and ZIP code | | | 8 Allocated tips | | 3 Social security wages 29,689.92 | 4 Social security tax withheld 1,840.78 |
| BERRY CONTRACTING, LP. 1414 VALERO WAY CORPUS CHRISTI  TX  78409 | | | 9 | | 5 Medicare wages and tips 29,689.92 | 6 Medicare tax withheld 430.51 |
| | | | 10 Dependent care benefits | | 11 Nonqualified plans | 12a See instructions for box 12 DD  3,115.34 |
| e Employee's name, address, and ZIP code ROBERTSON, DERRICK W 192 BENTLY ST THIBODAUX,, LA 70301 | | Suff. | 13 Statutory employee / Retirement plan / Third-party sick pay | | 14 Other | 12b |
| | | | b Employer identification number (EIN) 742982901 | | | 12c |
| | | | a Employee's social security no. 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 | | | 12d |
| 15 State LA | Employer's state ID number 3414687001 | 16 State wages, tips, etc. 29,689.92 | 17 State income tax 890.70 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

*(Form repeated four times on page — identical data)*